**DOLL AMIR & ELEY LLP**
GREGORY L. DOLL (SBN 193205)
JAMIE O. KENDALL (SBN 260231)
725 S. Figueroa Street, Suite 3275
Los Angeles, California 90017
Tel: (213) 542-3380
Fax: (213) 542-3381
gdoll@dollamir.com
jkendall@dollamir.com

**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
SCOTT H. ANGSTREICH (*pro hac vice to be filed*)
GRACE W. KNOFCZYNSKI (*pro hac vice to be filed*)
JAYME L. WEBER (SBN 330107)
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
sangstreich@kellogghansen.com
gknofczynski@kellogghansen.com
jweber@kellogghansen.com

Attorneys for Defendant
MCI COMMUNICATIONS SERVICES LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIDE VOICE, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> CENTURY LINK COMMUNICATIONS, LLC and MCI COMMUNICATIONS SERVICES LLC, <br><br> *Defendants*. | Case No. 2:20-cv-06868 <br> *Assigned to the Hon. Virginia A. Phillips* <br> *Magistrate Judge Gail J. Standish* <br><br> **DEFENDANT MCI COMMUNICATIONS SERVICES LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** <br><br> **Compl. Filed: July 30, 2020** |

In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant MCI Communications Services LLC files the following corporate disclosure statement:

MCI Communications Services LLC is a wholly owned subsidiary of Verizon Communications Inc. ("Verizon"). Verizon has no parent companies, and no publically held corporation owns 10 percent or more of its stock.

DATED: September 14, 2020         DOLL AMIR & ELEY LLP


By: /s/ Gregory L. Doll
     Gregory L. Doll
     Attorney for Defendant
     MCI COMMUNICATIONS
     SERVICES LLC

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **725 South Figueroa Street, Suite 3275, Los Angeles, CA 90017**.

On September 14, 2020, I served the foregoing documents described as **DEFENDANT MCI COMMUNICATIONS SERVICES LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** on the interested parties in this action by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **BY REGULAR MAIL:** I deposited such envelope in the mail at 725 S. Figueroa Street, Ste. 3275, Los Angeles, CA 90017. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT DELIVERY:** I caused such documents to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressees. The envelope or package was deposited with delivery fees thereon fully prepaid.

☐ **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) via electronic mail, and no error was reported. Said email was directed as indicated on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ **BY CM/ECF:** I electronically transmitted a true copy of said document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the aforementioned CM/ECF registrants.

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 14, 2020, at Los Angeles, California.

*/s/ Courtney McCabe*
Courtney McCabe

# SERVICE LIST

| | |
|---|---|
| Lucas A. Messenger<br>ROBINS KAPLAN LLP<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067 | E: lmessenger@robinskaplan.com<br><br>Tel: (310) 552-0130<br>Fax: (310) 229-5800 |

*Attorneys for Plaintiff,*
*Wide Voice, LLC*

| | |
|---|---|
| Lauren J. Coppola<br>Timothy Wenger<br>ROBINS KAPLAN LLP<br>800 Boylston St., Ste. 2500<br>Boston, MA 02199 | E: lcoppola@robinskaplan.com<br>E: twenger@robinskaplan.com<br><br>Tel: (617) 267-2300<br>Fax: (617) 267-8288 |

*Attorneys for Plaintiff,*
*Wide Voice, LLC*

| | |
|---|---|
| Aaron C. Gundzik<br>GUNDZIK GUNDZIK HEEGER LLP<br>14011 Ventura Blvd., Suite 206E<br>Sherman Oaks, CA 91423 | E: aaron.gundzik@gghllp.com<br><br>Tel: (213) 542-2135 |

*Attorneys for Defendant,*
*CenturyLink Communications, LLC*

| | |
|---|---|
| Charles W. Steese<br>Alec P. Harris<br>ARMSTRONG TEASDALE LLP<br>4643 South Ulster Street, Suite 800<br>Denver, Colorado 80237 | E: csteese@armstrongteasdale.com<br>E: aharris@armstrongteasdale.com<br><br>Tel: (720) 200-0676<br>Fax: (720) 200-0679 |

*Attorneys for Defendant,*
*CenturyLink Communications, LLC*